IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VANESSA BYER**<br><br>                **Plaintiff**<br>v.<br><br>**UNITED STATES OF AMERICA**<br><br>                **Defendant** | CIVIL ACTION<br>NO.  2:21-cv-00695-MRH<br><br><br>MEDICAL PROFESSIONAL LIABILITY ACTION<br><br>CIVIL ACTION COMPLAINT |

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice that the above-entitled action is hereby voluntarily dismissed against defendant United States of America.

KLINE & SPECTER, P.C.

Dated:  7/23/21         By:   _____
                                            DOMINIC C. GUERRINI, ESQUIRE